```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 08854
    MICHAEL J FAILLE
    GAYLE L FAILLE                            CHAPTER 13

                                              JUDGE: JOHN H SQUIRES
           Debtor
    SSN XXX-XX-9719    SSN XXX-XX-2219
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/15/07 and confirmed on 07/06/07.

2. The case was dismissed after confirmation, 08/29/2008.

3. The Debtor paid a total of $ 5735.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 4465.13 | .00 | 4465.13 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | .00 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 595.04 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 16877.44 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 4073.44 | .00 | .00 |
| B REAL LLC | UNSECURED | 11032.04 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 1950.36 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 6476.68 | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | 8761.54 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 14585.56 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1833.47 | .00 | .00 |
| VANGUARD | UNSECURED | NOT FILED | .00 | .00 |
| VANGUARD | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1771.44 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 9171.39 | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 782.49 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 23298.76 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 4465.13 | .00 | 101209.65 | .00 | 105674.78 |
| PRINCIPAL PAID | 4465.13 | .00 | .00 | .00 | 4465.13 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |

```
TOTAL PAID                    4465.13            .00          .00           .00      4465.13
```

The Debtor's attorney, GREGORY J MARTUCCI              , was allowed $   2500.00
and was paid $   1500.00   direct and $   1000.00   through the plan.

The Trustee received $     269.87 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/13/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE